**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD
THIRD FLOOR
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

08-19293/6003175113

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN RE: | No. 2:08-bk-08530-CGC |
| Arthur L. Shaffer, II and Rebecca R. Shaffer | Chapter 13 |
| Debtors. | OBJECTION TO CHAPTER 13 PLAN |
| _____ |  |
| U.S. Bank, N.A. |  |
| Secured Creditor, |  |
| vs. |  |
| Arthur L. Shaffer, II and Rebecca R. Shaffer, Debtors; Edward J Maney, Trustee. |  |
| Respondents. |  |

U.S. Bank, N.A., a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtor for the following reasons:

1.      The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to U.S. Bank, N.A., pursuant to the proof of claim in the amount of $6,119.09.    Secured creditor requests that the arrearages as set forth in its Proof of Claim be paid through the Plan.  A copy of Secured Creditor's Proof of Claim is attached hereto as Exhibit "A" and made a part hereof by this reference.

2. The Chapter 13 Plan filed with the Court does not provide to secured creditor repayment of its attorney fees incurred for bankruptcy and/or foreclosure proceedings. Secured creditor requests that the attorney fees as set forth in its Proof of Claim be paid through the Plan.

Secured Creditor will withdraw these objections when presented with a Stipulated Order Confirming Plan that provides for the arrearages, interest and fees as provided in the Proof of Claim and as stated above.

DATED this 8th day of September, 2008.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY  /s/ MSB # 010167
          Mark S. Bosco
          Leonard J. McDonald
          Attorneys for Secured Creditor

COPY of the foregoing mailed
September 8, 2008 to:

Arthur L. Shaffer, II and Rebecca R. Shaffer
1286 North 161st Avenue
Goodyear, AZ  85338
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Edward J Maney
P.O. Box 10434
Phoenix, AZ  85064-0434
Trustee


BY Enrique Perez