# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-19293

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-08530-CGC |
| Arthur L. Shaffer, II and Rebecca R. Shaffer<br>Debtors. | Chapter 13 |
| US Bank Home Mortgage | AMENDED MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY |
| Movant,<br>vs. | RE: Real Property Located at<br>1286 N. 161st Avenue<br>Goodyear, AZ 85338 |
| Arthur L. Shaffer, II and Rebecca R. Shaffer, Debtors; Edward J. Maney, Trustee.<br><br>Respondents. | |

Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), and to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors, by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

….

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 2nd day of June, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorney for Movant

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Arthur L. Shaffer, II and Rebecca R. Shaffer filed a voluntary petition for protection under Chapter 13 of the Bankruptcy Code.  was appointed Trustee of the bankruptcy estate.

2. Debtor Debtors have certain real property located in Maricopa County, Arizona, more particularly described as:

> Lot 132, of CANYON TRAILS UNIT 2, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 565 of Maps, Page 45; Affidavit of Correction recorded at Document No. 2001-661467; Document No. 2001-704982; and Document No. 2002-0031993.

3. Debtors executed a Note secured by a Deed of Trust, dated April 16, 2004, recorded in the office of the Maricopa County Recorder's Office. True copy of the Deed of Trust is annexed as Exhibit "A", respectively, and made a part hereof by this reference.

4. By virtue of the Note and Deed of Trust, Movant has a secured interest in the property described herein and a secured claim against Debtors. Movant may seek leave of Court to specify any further encumbrances against the Property at the time of the Preliminary and/ or Final Hearing hereon.

5.  Debtors are in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after April 1, 2008.  Post-petition payments are due as follows:

| | |
|---|---|
| 6 Monthly Payments at $1,070.82 | $6,424.92 |
| (January 1, 2009-June 1, 2009) | |
| 5 Late Charges at $42.83 each | $ 214.15 |
| (January 16, 2009-May 16, 2009) | |
| Motion for Relief filing fee | $ 150.00 |
| Attorney Fees Due | $ 800.00 |
| Total amount due | $7,589.07 |

Furthermore, each subsequent payment becomes on the 1st day of every month thereafter, and a late charge becomes due on any payment not paid within fifteen (15) days from the date the monthly payment is due.

6.  Debtor s are indebted to US Bank Home Mortgage for the principal balance in the amount of $137,190.70, plus accruing interest, costs, and attorneys fees.

7.  Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 1286 N. 161st Avenue, Goodyear, AZ.  The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

8.  Pursuant to the Note and Deed of Trust Movant is allowed to request this court to grant reasonable attorney's fees and costs and allowing payment of Movant's attorney's fees and costs pursuant to 11 U.S.C. Section 506(b) which state as follows:

> To the extent that an allowed secured claim is secured by property value of which, after any recovery under subsection (c) of this section, is greater than the amount of such claim, there shall be allowed to the holder of such claim, interest on such claim and any reasonable fees/costs, or charges provided for under the agreement which such claim arose.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) and Movant may immediately enforce and implement the order for relief from the automatic stay as to the debtors their bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict debtors and/or successors of debtors and to obtain ownership, possession and control of the Property.

DATED this 2nd day of June, 2009.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
2525 East Camelback Road
Ste. 300
Phoenix, Arizona 85016
Attorneys for Movant