**SO ORDERED.**



**TIFFANY & BOSCO**
P.A.

Dated: June 24, 2009

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-19293/6003175113

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Arthur L. Shaffer, II and Rebecca R. Shaffer<br>Debtors.<br>_____<br>US Bank Home Mortgage<br>  Movant,<br>   vs.<br><br>Arthur L. Shaffer, II and Rebecca R. Shaffer,<br>Debtors; Edward J. Maney, Trustee.<br><br>  Respondents. | No. 2:08-bk-08530-CGC<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #31) |

   Movant's Amended Motion for Relief from the Automatic Stay and Amended Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

   IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated April 16, 2004 and recorded in the office of the Maricopa County Recorder wherein US Bank Home Mortgage is the current beneficiary and Arthur L. Shaffer, II and Rebecca R. Shaffer have an interest in, further described as:

> Lot 132, of CANYON TRAILS UNIT 2, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 565 of Maps, Page 45; Affidavit of Correction recorded at Document No. 2001-661467; Document No. 2001-704982; and Document No. 2002-0031993.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT