JOSEPH W. CHARLES, P.C.
5704 West Palmaire Avenue
Post Office Box 1737
Glendale, Arizona 85311-1737
Phone: 623-939-6546
Fax:    623-939-6718
attyjcharles@joecharles.com
*Attorney for Debtor(s)*

JOSEPH W. CHARLES
State Bar No. 003038
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARTHUR L. SHAFFER, II and<br>REBECCA R. SHAFFER,<br><br>Debtors.<br><br>ARTHUR L. SHAFFER, II and<br>REBECCA R. SHAFFER<br><br>Movant,<br><br>vs.<br><br>ARIZONA FEDERAL CREDIT UNION,<br>Secured Creditor; EDWARD J.<br>MANEY, CHAPTER 13 TRUSTEE,<br><br>Respondents. | Case No. 2:08-bk-08530-CGC<br><br>Chapter 13<br><br>MOTION TO VALUE COLLATERAL;<br>NOTICE OF OPPORTUNITY<br>TO OBJECT AND<br>REQUEST A HEARING |

Now comes the Debtor(s) Arthur L. Shaffer, II and Rebecca R. Shaffer, by and through undersigned counsel and asks the Court to value the collateral stated herein.

I. **The Collateral:**

(a) **Vehicle 1 The Dodge**

| | |
|---|---|
| VIN: | 1D7HA18D35S238763 |
| YEAR: | 2005 |
| MAKE: | Dodge |
| MODEL: | Ram |
| MILEAGE: | 47,000 |
| DATE DEBT INCURRED: | March 19, 2005 |
| DEBTOR'S VALUATION: | $13,350.00 |
| CREDITOR'S VALUATION: | $21,011.58 |

DEBTOR'S VALUE BASED ON: Kelley Blue Book, NADA and comparable vehicles offered by dealers in the Phoenix area.

(b) **Vehicle 2**

| | |
|---|---|
| VIN: | 1G2HZ5415Y4286297 |
| YEAR: | 2000 |
| MAKE: | Pontiac |
| MODEL: | Bonneville |
| MILEAGE: | 108,000 |
| DATE DEBT INCURRED: | April 7, 2005 |

| | | |
|---|---|---|
| DEBTOR'S VALUATION: | $5,810.00 | |
| CREDITOR'S VALUATION: | $8,065.35 | |

DEBTOR'S VALUE BASED ON: Kelley Blue Book and NADA Book Value

III. The Chapter 13 Plan proposes treatment of the claim as to the Dodge Ram as secured to the extent of $13,350.00 with interest at 6.25% per annum with the remaining $8,221.00 balance treated as a general unsecured.

IV. The Chapter 13 Plan proposes treatment of the claim as to the Pontiac Bonneville as secured to the extent of $5,810.00 with interest at 6.49% per annum with the remaining $2,271.00 balance treated as a general unsecured.

V. Pursuant to 11 U.S.C. § 506(a) and Fed. R. Bankr. P. 3012, Debtor moves to value the above property and to modify the rights of the above-named creditor under 11 U.S.C. § 1322(b)(2).

Based on the allegations stated below and in any supplemental documents, Debtor requests that the court make the valuation stated above. Debtor further requests that the valuation supersedes any amount asserted as secured in the creditor's proof of claim. Debtor alleges the following security interests in the subject property.

| **VEHICLE** | **CREDITOR** | **SECURITY INTEREST** | **BAL. DUE** |
|---|---|---|---|
| Dodge Ram | Arizona FCU | Purchase Money Security | $21,011.58 |
| Pontiac | Arizona FCU | Purchase Money Security | $ 8,065.35 |

VI. The secured creditor has incorrectly valued the vehicles by using the highest possible value under Kelley Blue Book which assumes the vehicle(s) to be in "excellent" condition. Kelley Blue Book's website

http://www.kbb.com/KBB/Selection/Condition.aspx?YearId=2002&Mileage=12000&VehicleClass=UsedCar&ManufacturerId=5&ModelId=12&PriceType=Private%20Party&VehicleId=3437&SelectionHistory=3437|29581|85035|100|10|

describes a vehicle in "excellent" condition as:
- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

Neither the Dodge nor the Pontiac fall into this category. Both vehicles need minor repairs. Neither vehicle can claim a clean engine compartment, with no evidence of fluid leaks or to be free of any wear or visible defects. Neither vehicle have "complete and verifiable service records." For a vehicle to be considered "excellent" by Kelley Blue Book standards is rare. As stated by Kelley Blue Book only 5% of the vehicles meet this high standard. Unfortunately, neither of debtors vehicles will be found to meet these standards.

An internet search of comparable vehicles to the 2005 Dodge Ram for sale, by dealers, locally shows what the "true" market value of these vehicles are. A copy of the search is attached hereto, as "Exhibit "A".

An internet search for vehicles did not show comparable vehicles, with mileage in excess of !00,000 miles, for sale in the Phoenix area. The valuation attached from NADA (a common guide used by auto dealers, insurance companies

and the general public) is attached as Exhibit "B". NADA has a more realistic basis as to condition than the Kelley Blue Book retail values which assumes that all retail vehicles are in "excellent" condition. NADA states that a "Clean Retail" vehicle is one that has:

> "No mechanical defects and passes all necessary inspections with ease; Paint, body and wheels have minor surface scratching with a high gloss finish and shine; Interior reflects minimal soiling and wear, with all equipment in complete working order; Vehicle has a clean title history; Vehicle will need minimal reconditioning to be made ready for resale."

**NOTICE IS HEREBY GIVEN** that this Motion filed by the Debtor(s) concerns your interest in the above-described property. If the proposed valuation is related to a Chapter 13 plan, a copy of the plan should have been sent to you separately.

**<u>Your rights may be affected.</u>** You should read the Motion and any related documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to approve the proposed treatment of your claim, or if you want the court to consider your views on this motion, then you or your attorney must file an "Objection to Chapter 13 Plan/Related Motion" <u>not later than 20 days after the date of service of this motion and notice, whichever is later.</u>

RESPECTFULLY SUBMITTED this 25th day of August, 2009.

        **JOSEPH W. CHARLES, P.C.**
        By: /s/JOSEPH W. CHARLES
            5704 West Palmaire Avenue
            Post Office Box 1737
            Glendale, Arizona 85311
            Attorney for Debtors

ORIGINAL FILED VIA ECF
and COPY mailed this 25th day
of August, 2009, to:

David Wm. Engelman
Engelman & Berger, P.C.
3636 N. Central Ave., Suite 700
Phoenix, AZ 85012
Attorney for Arizona FCU

Edward J. Maney
Bankruptcy Trustee
P.O. Box 10434
Phoenix, AZ 85064
Chapter 13 Trustee

By: /s/ P.Poniatowski