Edward J. Maney, Trustee
P.O. Box 10434
Phoenix, Arizona 85065
Telephone (602) 277-3776
Fax (602) 277-4103

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| In Re: | ) | CHAPTER 13 PROCEEDINGS |
|---|---|---|
| ARTHUR L. SHAFFER, II | ) | |
| REBECCA R. SHAFFER | ) | CASE NO. B-08-08530-PHX |
| 17455 W. YAVAPAI ST. | ) | |
| | ) | CHAPTER 13 TRUSTEE'S REPORT |
| GOODYEAR, AZ 85338 | ) | OF ALLOWED CREDITOR CLAIMS |
| _____ | ) | |

    Notice is hereby given to the Debtor and Counsel, if any, that the Trustee intends to pay the claims as filed by the creditors listed below, or as amended by the Stipulated Order Confirming the debtor's Chapter 13 Plan, unless an objection is made by the Debtor or other party of interest within 30 days from the date of this notice. In the event that additional claims are discovered at a later date, the Trustee may file a Supplemental Notice of Allowed Creditor Claims.

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| US Bank Home Mortgage<br>    Attn: Bankrutpcy/Recovery<br>    Owensboro, KY 42301- | 09/08/2008<br>4801 Frederica Street | $0.00 | 0% | Secured |
| Canyon Trails HOA<br>    Planned Developement Services Inc.<br>    Peoria, AZ 85382- | 07/25/2008<br>8765 W. Kelton Lane | $0.00 | 0% | Secured |
| Arizona Federal Credit Union<br>    Attn: Bankruptcy/Recovery<br>    Phoenix, AZ 85082-0070 | 08/16/2008<br>P.O. Box 60070 | $7600.00 | 6.49% | Secured |
| Arizona Federal Credit Union<br>    Attn: Bankruptcy/Recovery<br>    Phoenix, AZ 85082-0070 | 08/16/2008<br>P.O. Box 60070 | $519.54 | 0% | Unsecured |
| Arizona Federal Credit Union<br>    Attn: Bankruptcy/Recovery<br>    Phoenix, AZ 85082-0070 | 08/16/2008<br>P.O. Box 60070 | $15500.00 | 6.25% | Secured |
| Arizona Federal Credit Union<br>    Attn: Bankruptcy/Recovery<br>    Phoenix, AZ 85082-0070 | 08/16/2008<br>P.O. Box 60070 | $5582.74 | 0% | Unsecured |
| Arizona Federal Credit Union<br>    Attn: Bankruptcy/Recovery<br>    Phoenix, AZ 85082-0070 | 08/16/2008<br>P.O. Box 60070 | $0.00 | 0% | Secured |
| Atlantic Credit & Finance, Inc.<br>    Hammerman & Hultgren, P.C.<br>    Phoenix, AZ 85012- | 07/21/2008<br>3101 N. Central Ave., Suite #500 | $4644.88 | 0% | Unsecured |
| Sunrise Credit Service<br>    260 Airport Plaza Blvd S.<br>    Farmingdale, NY 11735-3917 | 07/31/2008 | $552.53 | 0% | Unsecured |
| Arizona Federal Credit Union<br>    Attn: Bankruptcy/Recovery<br>    Phoenix, AZ 85082-0070 | 08/16/2008<br>P.O. Box 60070 | $11412.25 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Jefferson Capital System, LLC<br>    attn: bankruptcy collections<br>    St. Louis, MO  63195-3185 | 08/29/2008<br>P.O. Box 953185 | $901.77 | 0% | Unsecured |
| Roundup Funding, L.L.C.<br>    MS 550<br>    Seattle, WA  98111-9221 | 09/03/2008<br>P.O. Box 91121 | $2044.96 | 0% | Unsecured |
| Chase Bank USA NA<br>    P.O. Box 15145<br>    Wilmington, DE  19850-5145 | 09/17/2008 | $4940.04 | 0% | Unsecured |
| Capital One<br>    C/O TSYS Debt Management<br>    Norcross, GA  30091- | 09/19/2008<br>P. O. Box 5155 | $1289.38 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    Norfolk, VA  23541- | 09/19/2008<br>P.O. Box 12914 | $599.75 | 0% | Unsecured |
| Portfolio Recovery Associates, LLC<br>    Attn: Bankruptcy/Recovery<br>    Norfolk, VA  23541- | 10/07/2008<br>P.O. Box 12914 | $928.59 | 0% | Unsecured |
| Canyon Trails HOA<br>    Planned Developement Services Inc.<br>    Peoria, AZ  85382- | 8765 W. Kelton Lane | $887.70 | 0% | Secured |
| Afni, Inc.<br>    attn: DP Recovery Support<br>    Bloomington, IL  61702- | P.O. Box 3427 | $0.00 | 0% | Unsecured |
| Beta Finance<br>    8450 S. Broadway<br>    Merrillville, IN  46410-6221 | | $0.00 | 0% | Unsecured |
| Capital One Bank<br>    P.O. Box 60024<br>    City of Industry, CA  91716-0024 | | $0.00 | 0% | Unsecured |
| Chase<br>    P.O. Box 94014<br>    Palatine, IL  60094-4014 | | $0.00 | 0% | Unsecured |
| Citibank USA<br>    Attn: Centralized Bankruptcy<br>    Kansas City, MO  64195- | P.O. Box 20507 | $0.00 | 0% | Unsecured |
| Corvette Mastercard<br>    P.O. Box 60102<br>    City of Industry, CA  91716-0102 | | $0.00 | 0% | Unsecured |
| GRANT & WEBER<br>    14795 N. 78TH WAY #800<br>    SCOTTSDALE, AZ  85260- | | $0.00 | 0% | Unsecured |
| Home Depot Credit Services<br>    Attn: Bankruptcy/Recovery<br>    The Lakes, NV  88901-6028 | P.O. Box 6028 | $0.00 | 0% | Unsecured |
| HSBC Card Services<br>    P.O. Box 60102<br>    City of Industry, CA  91716- | | $0.00 | 0% | Unsecured |
| MEDICAL RECOVERY SPECIALISTS<br>    2250 E. DEVON AVE. #352<br>    DES PLAINES, IL  60018- | | $0.00 | 0% | Unsecured |

| Name and Address of Creditor | Date Filed | Amount | Int % | Class |
|---|---|---|---|---|
| Phoenix Children's Hospital<br>    P.O. Box 14974<br>    Scottsdale, AZ  85267- | | $0.00 | 0% | Unsecured |
| SAMS CLUB<br>    BANKRUPTCY COLLECTION<br>    ATLANA, GA  30363-0942 | P.O. BOX 530942 | $0.00 | 0% | Unsecured |
| Union Plus Credit Card<br>    Bankruptcy Department<br>    City ofIndustry, CA  91716- | P.O. Box 60102 | $0.00 | 0% | Unsecured |
| Joseph W. Charles, Esq.<br>    Attorney at Law<br>    Glendale, AZ  85311- | P.O. Box 1737 | $2000.00 | 0% | Legal |
| Joseph W. Charles, Esq.<br>    Attorney at Law<br>    Glendale, AZ  85311- | P.O. Box 1737 | $1500.00 | 0% | Legal |

**Edward J. Maney, Esq.**

Digitally signed by Edward J. Maney, Esq.
DN: cn=Edward J. Maney, Esq., o=Edward J. Maney, Chapter 13 Trustee, ou, email=ejm@maney13trustee.com, c=US
Date: 2010.02.19 11:55:06 -07'00'

Edward J. Maney
P.O. Box 10434
Phoenix, Arizona 85016
Telephone (602) 277-3776  Fax (602) 277-4103
Email: office@maney13trustee.com

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: estrellam            Page 1 of 2              Date Rcvd: Feb 22, 2010
Case: 08-08530                Form ID: pdf001            Total Noticed: 37
```

The following entities were noticed by first class mail on Feb 24, 2010.
```
db/jdb      +ARTHUR L SHAFFER, II,   REBECCA R SHAFFER,   1286 NORTH 161ST AVENUE,   GOODYEAR, AZ 85338-2750
cr          +PRA Receivables Management, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
cr          +U.S. BANK, N.A., C.O Mark S. Bosco,   TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,   SUITE 300,
              ESPLANADE II,   PHOENIX, AZ 85016-4237
cr          +US Bank Home Mortgage,   Tiffany & Bosco, P.A.,   2525 E. Camelback Rd.,   Suite 300,
              Esplanade II,   Phoenix, AZ 85016-4237
7454696      ARIZONA FEDERAL CREDIT UNION,   P. O. Box 60070,   Phoenix AZ 85082-0070
7454697     +ATLANTIC CREDIT & FINANCE, INC.,   c/o HAMMERMAN & HULTGREN, P.C.,
              3101 North Central Avenue, #500,   Phoenix AZ 85012-2639
7468818     +Atlantic Credit & Finance, Inc.,   c/o Jon R. Hultgren, Esq.,   HAMMERMAN & HULTGREN, P.C.,
              3101 N. Central Avenue,   Suite 500,   Phoenix, AZ 85012-2639
7454698     +BETA FINANCE,   8450 South Broadway,   P. O. Box 10705,   Merrillville IN 46411-0705
7454699     +CANYON TRAILS HOA,   PLANNED DEVELOPMENT SERVICS,   8765 W KELTON LN BLDG A #102,
              Peoria AZ 85382-3584
7454701      CAPITAL ONE BANK,   P. O. Box 60024,   City Of Industry CA 91716-0024
7454700      CAPITAL ONE BANK,   Attn: C/O TSYS Dept Management,   P. O. Box 51555,   Norcross GA 30091
7454702     +CHASE,   Attn: Bankruptcy Dept.,   P. O. Box 100018,   Kennesaw GA 30156-9204
7454703      CHASE CARDMEMBER SERVICES,   P. O. Box 94014,   Palatine IL 60094-4014
7454704     +CITIBANK VISA,   Attn: Centralized Bankruptcy,   P. O. Box 20507,   Kansas City MO 64195-0507
7454705      CORVETTE MASTERCARD,   P. O. Box 60102,   City Of Industry CA 91716-0102
7579457     +Capital One Bank (USA), N.A.,   c/o TSYS Debt Management (TDM),   PO Box 5155,
              Norcross, GA 30091-5155
8040158      Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
7546337     +FIRST FINANCIAL PORTFOLIO MANAGEMENT INC,   c/o Jefferson Capital Systems LLC,   PO BOX 7999,
              SAINT CLOUD MN 56302-7999
7454706     +GRANT & WEBER,   14795 North 78th Way, #800,   Scottsdale AZ 85260-3010
7454707      HOME DEPOT CREDIT CARD SERVICES,   P. O. Box 6028,   The Lakes NV 88901-6028
7454708     +HSBC CARD SERVICES,   P. O. Box 60102,   City Of Industry CA 91716-0102
7454709     +JEROLD KAPLAN LAW OFFICE, P.C.,   P. O. Box 3435,   Phoenix AZ 85030-3435
7454712      PHOENIX CHILDREN'S HOSPITAL,   File #59910,   Los Angeles CA 90074-9910
7454711     +PHOENIX CHILDREN'S HOSPITAL,   P. O. Box 14974,   Scottsdale AZ 85267-4974
7454713    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: PORTFOLIO RECOVERIES,   Attn: Bankruptcy Department,
              P. O. Box 12914,   Norfolk VA 23541)
7580007     +PRA Receivables Management, Llc,   As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
              NORFOLK VA 23541-0914
7750995     +Portfolio Recovery Assocs., LLC,   POB 41067,   Norfolk, VA 23541-1067
7454716    +++SUNRISE CREDIT SERVICE,   260 Airport Plaza Blvd. S.,   Farmingdale NY 11735-3946
7454717     +U.S. BANK HOME MORTGAGE,   Attn: Bankruptcy Dept.,   P. O. Box 5229,   Cincinnati OH 45201-5229
7557356     +U.S. BANK, N.A., C.O Mark S. Bosco,   TIFFANY & BOSCO, P.A.,
              2525 E. CAMELBACK RD.SUITE 300ESPLANADE,   PHOENIX, AZ 85016-9240,   County: Maricopa
7454718      UNION PLUS CREDIT CARD,   P. O. Box 60102,   City Of Industry CA 91716-0102
```
The following entities were noticed by electronic transmission on Feb 22, 2010.
```
7454695     +E-mail/PDF: recoverybankruptcy@afninet.com Feb 23 2010 01:17:46     AFNI, INC.,
              Attn: DP Recovery Support,   P. O. Box 3427,   Bloomington IL 61702-3427
7618164      E-mail/Text: resurgentbknotifications@resurgent.com                             LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
7454710      Fax: 847-227-2151 Feb 23 2010 03:32:07     MEDICAL RECOVERY SPECIALISTS, INC.,
              2250 East Devon Avenue, #352,   Des Plaines IL 60018-4519
7550934      E-mail/PDF: BNCEmails@blinellc.com Feb 23 2010 01:17:19     Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
7454714      E-mail/PDF: gecsedi@recoverycorp.com Feb 23 2010 01:25:04     SAM'S CLUB,   P. O. Box 530942,
              Atlanta GA 30353-0942
7454715     +E-mail/Text: resurgentbknotifications@resurgent.com                             SHERMAN ACQUISITIONS,
              Attn: Bankruptcy Department,   P. O. Box 10587,   Greenville SC 29603-0587
                                                                                               TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           ARIZONA FEDERAL CREDIT UNION
cr*          Chase Bank USA, NA.,   PO Box 15145,   Wilmington, DE  19850-5145
cr*         +U.S. BANK, N.A., C/O Mark S. Bosco.,   TIFFANY & BOSCO, P.A.,   2525 E. CAMELBACK RD.,
              SUITE 300,   ESPLANADE II,   PHOENIX, AZ 85016-4237
7574714*     Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTALS: 1, * 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 24, 2010**                        **Signature:** _/s/ Joseph Speetjens_